IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SADOWSKI, | Civil Action No. 3:24-cv-01881-VC |
| Plaintiff, | |
| V. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANTS** |
| CHIHUO INC. d/b/a GREATER NEW YORK FOODIE SQUAD, and FANGYI DUAN, | |
| Defendants. | |

On June 7, 2024, plaintiff Christopher Sadowski ("Plaintiff"), filed a Motion for Additional Time to Serve Defendants, and all other deadlines associated, until sixty (60) days after the issuance of the requested Order.

Upon consideration of the Motion and for good cause shown, the Motion is hereby GRANTED.

Accordingly, the Court ORDERS that:

1.      The deadline for serving Defendants, and all other deadlines

associated, is extended until sixty (60) days after the date of this Order.

The Court does not anticipate granting further extensions.

**IT IS SO ORDERED.**

DATED:  June 24, 2024

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE